13

RRMc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal Case No. 07cr3320-W |
| Plaintiff,   ) | **I N F O R M A T I O N** |
| v.   ) | Title 18, U.S.C., Sec. 111(a)(Misdemeanor) |
| WINDY DENISE CONWAY,   ) | |
| Defendant.   ) | |

The United States Attorney charges:

On or about October 9, 2007, within the Southern District of California, defendant WINDY DENISE CONWAY did knowingly and intentionally and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, namely, Department of Homeland Security, United States Customs and Border Protection Officer J. Rainey, while Officer Rainey was engaged in the performance of his official duties, in that defendant WINDY DENISE CONWAY did through her elbows back and forth hitting Officer Rainey in the stomach approximately four times and bending his fingers backwards and did thereby inflict bodily injury

//

//

//

1  upon Officer Rainey; in violation of Title 18, United States Code,
2  Sections 111(a)(1) and (b), a felony.
3         DATED: 12/13/07            .

KAREN P. HEWITT
United States Attorney

*/s/ W. Mark Conover*

W. Mark Conover
Assistant U.S. Attorney

2