**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | ) | CASE NUMBER  07 CR 3320-W |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Windy Denise Conway | ) | Booking No. 06561298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  January 22, 2008
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

✓ Defendant sentenced to TIME SERVED, ~~supervised release for\_\_\_\_ years.~~

_____ c.c. judgment Court of Appeals (\_\_\_\_ affirming) (\_\_\_\_ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other.  Dft. was sentenced to 60 Days. Misdemeanor

UNITED STATES MAGISTRATE JUDGE

OR

Received _____
                 DUSM

by

Deputy Clerk

Crim-9  (Rev 6-95)                                                                    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY