## UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

June 20, 2008

Clerk, U.S. District Court
Distict of Nevada
333 Las Vegas Boulevard South
Las Vegas, NV 89101–7065

Transfer of Jurisdiction

       Our Case #:   3:07–cr–03320–W
       Re:            Windy Denise Conway

Dear Clerk of the Court:

    Enclosed please find the following documents:

        Certified copy of Transfer of Jurisdiction
        Certified copy of indictment, information or complaint
        Certified copy of Judgment
        Certified copy of docket sheet
        Certified copy of any OSC's

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ A. Everill, Deputy Clerk