PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**
07-CR-3320-001-W

**DOCKET NUMBER (Rec. Court)**
2:08CR 00175

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Windy Denise CONWAY<br>1169 Cottonwood Ranch Court<br>Henderson, NV 89052 | SD/CA | San Diego |

**NAME OF SENTENCING JUDGE**
Nita L. Stormes

**DATES OF SUPERVISED RELEASE**
FROM 1-23-08
TO 1-22-09

**OFFENSE**

18 U.S.C. § 111(a), Assault on a Federal Officer (Misdemeanor)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-29-08
Date

Nita L. Stormes
U.S. Magistrate Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

June 9, 2008
Effective Date

Chief United States District Judge

cjm/cjm